```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**CENETTA NAN SCOTT**                                      **CIVIL ACTION**

**VERSUS**                                                 **NO. 13-3925**

**CAROLYN W. COLVIN, COMMISSIONER**                        **SECTION "B"(3)**
**SOCIAL SECURITY ADMINISTRATION**


                              <u>ORDER</u>


   Considering the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 17), the Plaintiff's Objections to the Magistrate's Report and Recommendation (Rec. Doc. No. 18), the record, and applicable law,

   **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Rec. Doc. No. 17) is adopted as the opinion of the Court, overruling Plaintiff's Objections to same. Credibility choices by the Administrative Law Judge (ALJ) are supported by substantial evidence of record produced at the administrative hearing at issue. Plaintiff's inconsistent testimony and conduct raised serious questions about her credibility that the ALJ properly chose to weigh against her. Substantial objective medical evidence further supports the ALJ's factual and legal findings, discounting Plaintiff's subjective and largely unsupported contentions. The ALJ and the Magistrate Judge have not committed

reversible error in fact or law based on the record before us. Therefore, defendant's cross-motion for summary judgment is granted and plainitff's motion for summary judgment is denied.

New Orleans, Louisiana, this 28th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE